MINNIE KNAUBER. INDIVIDUALLY AND AS ADMINISTRA-TRIX, ETC., RESPONDENT, v. MANUFACTURERS' LIA-BILITY INSURANCE COMPANY AND TIETJEN & LANG DRY DOCK COMPANY. APPELLANTS.

Submitted March 27, 1922—Decided April 28, 1922.

On appeal from the Supreme Court, in which the following *per curiam* was filed :

"This is an appeal from a judgment rendered in the Hudson County Court of Common Pleas against the appellants, the Manufacturers' Liability Insurance Company and the Tietjen & Lang Dry Dock Company for $350 and costs. The identical questions are presented in this case by the appellants as are presented in the case of *Dubies* v. *Manufacturers' Liability Insurance Co.* and *Tietjen & Lang Dry Dock Co.,* and which has just been decided. 96 *N. J. L.* 107.

"For the reasons given in that opinion, the judgment in this case will be affirmed, with costs."

For the appellants, *Randolph Perkins.*

For the respondent, *Charles M. Egan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 13.

*For reversal*—None.